A. NEWBOLD MORRIS et al., as Members of the Council of the City of New York, Appellants, *v.* JOHN CASHMORE, Respondent, and JAMES A. BURKE, Appellant.

Argued October 6, 1938; decided October 18, 1938.

732

· *William C. Chanler, Corporation Counsel* (*Leo Brown* and *William S. Gaud, Jr.,* of counsel), for plaintiffs, appellants.

*Sydney Rosenthal, Peter M. Horn* and *David T. Smith* for James A. Burke, defendant-appellant.

*Alfred J. Talley, Francis McGarey, E. Ivan Rubenstein* and *George Rosling,* for John Cashmore, defendant-respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.